UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KINSSON COLIN,

    Plaintiff,

v.                                            CASE NO. 6:06-cv-679-Orl-31DAB

STATE OF FLORIDA,

    Defendant.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This case is before the Court on Plaintiff's civil rights complaint (Doc. No. 1, filed May 12, 2006). Plaintiff did not pay the filing fee or submit an Affidavit of Indigency or other application to proceed in forma pauperis, as required by Local Rule 1.03(e).[1] Accordingly, it is

**ORDERED**:

1. Plaintiff's civil rights complaint is **DISMISSED without prejudice**.

2. The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** at Orlando, Florida, this 20th day of June, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies to:
sa 6/20
Kinsson Colin

---

[1] Local Rule 1.03(e) states that "[t]he Clerk shall accept for filing all prisoner cases filed with or without the required filing fee or application to proceed in forma pauperis. However, a prisoner case will be subject to dismissal by the Court, sua sponte, if the filing fee is not paid or if the application is not filed within 30 days of the commencement of the action."